UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                            Case No. 14-30209-BKC-JKO

LINDA YVETTE BROWN,                                Chapter 7

      Debtor.
_____/

### MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY SPACE COAST CREDIT UNION AND THE PINES OF OAKLAND FOREST WEST CONDOMINIUM ASSOCIATION, INC.

**IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described
below securing the claims of Space Coast Credit Union and
The Pines of Oakland Forest West Condominium Association, Inc.**

Linda Yvette Brown (the "Debtor"), by counsel, requests that the Court enter an Order valuing the real property set forth below, and determining the secured status of such property, and state as follows:

1.    The Debtor filed a Chapter 7 Petition on August 9, 2014.

2.    The Debtor seeks to value real property securing the claim of Space Coast Credit Union, successor by merger to Eastern Financial Florida Credit Union (the "Lender") and The Pines of Oakland Forest West Condominium Association, Inc. (the "Association").

3.    The real property is located at 3096 South Oakland Forest Drive #1604, Oakland Park, FL 33309-5647 ("Real Property"), and is more particularly described as follows:

> **Unit 1604, THE PINES OF OAKLAND FOREST WEST, a condominium according to the Declaration of Condominium recorded in Official Record Book 12459, at page(s) 155, of the Public Records of BROWARD County, Florida, together with all appurtenances thereunto attached.**

4. The Lender holds a mortgage recorded at OR Book 42408, Page 916 in the Official Records of Broward County, Florida. The Lender's claim is approximately $19,928.99.

5. The Association holds a lien recorded at OR Book 47585, Page 115 in the Official Records of Broward County, Florida. The Association's claim is approximately $20,750.70.

6. At the time of the filing of this case, the value of the Real Property was $79,880.00 as determined by the Broward County Property Appraiser.

7. JP Morgan Chase Bank, N.A., holds a first mortgage on the Real Property in the amount of $114,456.17.

8. The Lender's collateral consists solely of the Debtor's principal residence. There is no equity in the Real Property after the first mortgage is paid in full. The Real Property is under-secured as to the first mortgage by $34,576.17.

9. The Association's collateral consists solely of the Debtor's principal residence. As stated above, there is no equity in the Real Property after the first mortgage is paid in full, and there is furthermore no equity when taking into account all senior liens.

10. The Eleventh Circuit Court of Appeals in *In re McNeal*, 2012 WL 1649853 (11th Cir. 2012), held that second-priority mortgage liens may be eliminated completely (i.e., "stripped off") in Chapter 7 bankruptcy proceedings when the underlying collateral is worth less than the amount of the first-priority mortgage.

WHEREFORE, the Debtor respectfully request that the Court enter an Order: (1) valuing the Real Property in the amount of $79,880.00; (2) determining that the Lender has a secured claim in the amount of $0.00 and an unsecured claim for the balance; (3) deeming the Lender's mortgage on the Real Property void and extinguished; (4) determining that the Association has a secured claim in the amount of $0.00 and an

unsecured claim for the balance; (5) deeming the Association's lien on the Real Property void and extinguished; and (6) for such other and further relief as the Court deems just and proper.

**NOTICE IS HEREBY GIVEN THAT the undersigned acknowledges that this motion and the notice of hearing thereon must be served pursuant to Bankruptcy Rule 7004 at least 21 days prior to the hearing date and that a certificate of service demonstrating that all adverse parties were provided with notice of this Motion and hearing thereon, and an opportunity to object, must be filed when the motion and notice of hearing are served.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on December 12, 2014 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached Manual Notice List.

> LEIDERMAN SHELOMITH, P.A.
> Attorneys for the Debtor
> 2699 Stirling Road, Suite C401
> Fort Lauderdale, Florida 33312
> Telephone: (954) 920-5355
> Facsimile: (954) 920-5371
>
> By:_____/s/_____
> JONATHAN S. LEIDERMAN
> Florida Bar No. 0027022
> jleiderman@lslawfirm.net

**Manual Notice List**

Space Coast Credit Union
c/o Doug Samuels, President
8045 N Wickham Rd
Melbourne, FL 32940-7920
(via certified mail)

The Pines of Oakland Forest West Condominium Association, Inc.
3082 S Oakland Forest Dr – Office
Oakland Park, FL 33309

The Pines of Oakland Forest West Condominium Association, Inc.
c/o Joseph Tufano, President
5602 SW 1 Ct
Plantation, FL 33317
(via certified mail)